UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PERNELL THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAL-MAINE FOODS, INC., and )<br>CAL-MAINE FOODS, INC. EMPLOYEE )<br>STOCK OWNERSHIP PROGRAM, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-303-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 12] and dismisses plaintiff's complaint without prejudice.

**This Judgment Filed and Entered on December 11, 2017, and Copies To:**

| | |
|---|---|
| Andrew J. Schwaba | (via CM/ECF electronic notification) |
| Alton L. Gwaltney, III | (via CM/ECF electronic notification) |
| Kristen J. Kenley | (via CM/ECF electronic notification) |

DATE:   PETER A. MOORE, JR., CLERK

December 11, 2017    (By) /s/ Nicole Briggeman
                          Deputy Clerk